In the Matter of JOSEPH LATONA, Appellant, against THOMAS J. McMAHON, as Commissioner of Police of the City of Buffalo, Respondent.— Order affirmed, without costs of this appeal to either party. All concur. (The order denies a motion by petitioner for a peremptory mandamus order for destruction of fingerprints and photographs.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ.

ELLA BAKER, Respondent, v. RAPHAEL NUSBAUM, Appellant, and HENRY B. IRVINE, Respondent. (Action No. 1.) GERTRUDE BESANCON, Respondent, v. RAPHAEL NUSBAUM, Appellant, and HENRY B. IRVINE, Respondent. (Action No. 2.) RAPHAEL NUSBAUM, Appellant, v. HENRY B. IRVINE, Respondent, and AUGUST F. SCHREIB, Appellant. (Action No. 3.) CELIA NUSBAUM, Appellant, v. HENRY B. IRVINE, Respondent, and AUGUST F. SCHREIB, Appellant. (Action No. 4.) HENRY B. IRVINE, Respondent, v. RAPHAEL NUSBAUM, Appellant. (Action No. 5.) CARRIE IRVINE, Respondent, v. RAPHAEL NUSBAUM, Appellant. (Action No. 6.) — Order, so far as appealed from, affirmed, with $10 costs and disbursements. All concur. (The portion of the order appealed from fixes the place of trial and names the plaintiffs in six consolidated actions arising out of an automobile collision.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ.

In the Matter of SARLE G. GINGOLD, Appellant, against JOHN MACK et al., Doing Business as MACK BROTHERS, et al., Respondents.— Order affirmed, with $20 costs and disbursements. All concur; Larkin, J., not voting. (The order dismisses the petition in a proceeding to restrain the issuance of a liquor license.) Present — Taylor, P. J., McCurn, Larkin, Love and Vaughan, JJ.

In the Matter of the Probate of the Will of CATHERINE BACH, Deceased. MARY GLANTON, Appellant; CATHERINE McKENDRY, as Executrix of CATHERINE BACH, Deceased, Respondent.— Decree and order affirmed, without costs of this appeal to either party. All concur. (The decree admits a will to probate. The order denies contestant's motion to open the default and vacate the probate.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ.

LAURA ELLIOTT, Appellant, v. IDA M. SETEL, Respondent.— Judgment affirmed, with costs. All concur. (The judgment dismisses the complaint after motion by plaintiff's attorney that a voluntary nonsuit be entered in a negligence action.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ.

LYLE W. FULLINGTON, as Administrator of the Estate of MARILYN M. F. DONNELLY, Deceased, Appellant-Respondent, v. GEORGE DONNELLY, Respondent-Appellant.— Judgment and order affirmed, with costs. All concur, except McCurn, J., who dissents and votes for reversal and for granting a new trial on the ground that the finding of the jury that Richard Donnelly survived his wife, the decedent, is against the weight of evidence. (The judgment is for defendant for no cause of action in an automobile negligence action. The order denies plaintiff's motion for a new trial. Defendant's appeal is from that part of the judgment and order which added the affidavit of a juror to the record in the case.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ.

WILLIAM H. WILLIAMS, Respondent, v. THADDEUS J. OSINSKI, Defendant, and RAYMOND STANKIEWICZ, Appellant.— Judgment and order affirmed, with costs. All concur. (The judgment is for plaintiff in an automobile negligence action. The order denies a motion for a new trial.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ.